merchandise the amount of the so-called British purchase tax. Counsel for the parties in submitting this case have agreed that the issues herein are similar in all material respects to the issues which were involved in *United States* v. *Pitcairn*, C. A. D. 334, and the record in that case has been admitted in evidence herein.

Upon the agreed facts and the law applicable thereto, I find and hold the proper dutiable export values of the merchandise covered by this appeal to be the values found by the appraiser, less any amounts added by the importer on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.

AMERICAN ROLAND CORP. (FREEDMAN & SLATER, INC.—BROKER) ET AL. *v.* UNITED STATES

**No. 6845.**—Invoices dated Edinburgh, Scotland, August 1944, etc.
Certified August 1944, etc.
Entered at New York, N. Y., September 9, 1944, etc.
Entry No. 705578, etc.

(Decided February 6, 1947)

*Siegel, Mandell & Davidson* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): These appeals for reappraisement of various items of merchandise concern the so-called British purchase tax, described in the law of the United Kingdom entitled "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. §1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. 183, C. A. D. 334.

The agreed set of facts, embodied in the stipulation of submission, establishes that export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. §1402 (d)), is the proper basis for appraisement of the instant merchandise, and that such statutory values of the articles in question are the appraised values, less additions made by the importers on entry because of advances in similar cases.

TOBIAS & CO. *v.* UNITED STATES

**No. 6846**—Invoices dated London, England, June 23, 1942, etc.
Certified July 6, 1942, etc.
Entered at New York, N. Y., August 7, 1942, etc.
Entry Nos. 703113; 750979.

(Decided February 6, 1947)

*Lane & Wallace* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all

material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the values of said merchandise, and that such values are the appraised values, less additions made by importer on entries because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.

## L. Bamberger & Co. v. United States

**No. 6847.**—Invoices dated London, England, March 20, 1946, etc.
Certified March 20, 1946, etc.
Entered at Newark, N. J., April 12, 1946, etc.
Entry Nos. N–1026; N–1181.

(Decided February 6, 1947)

*Strauss & Hedges* (*Hadley S. King* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

Lawrence, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the values of said merchandise, and that such values are the appraised values, less additions made by importer on entries because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.

## August F. Stauff & Co., Inc. v. United States

**No. 6848.**—Invoice dated Edinburgh, Scotland, March 1946.
Certified March 22, 1946.
Entered at New York, N. Y., April 15, 1946.
Entry No. 751628.

(Decided February 6, 1947)

*Daniel P. McDonald* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

Lawrence, Judge: It has been stipulated between the parties hereto that the issues herein relating to golf-club heads are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.